# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Lauren Scholl**                                                                                          Case No.  **22-10944**
                                           Debtor(s)                                                                  Chapter   **13**

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND CHAPTER 13 PLAN

Debtor, Lauren Scholl, files this Motion for Extension of Time for the filing of Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan and in support thereof state(sas follows:

1. On April 11, 2022, Debtor filed for Bankruptcy Protection, Chapter 13 as she is behind on her mortgage and wants to save her home.
2. Debtor is gathering all of the required financial information such as paystubs, bank account statement(s), tax returns and reviewing and/or completing information necessary for the Schedules.

WHEREFORE, Debtor respectfully requests that this Honorable Court grant this Motion for Extension of Time in accordance with the attached Proposed Order.

Respectfully submitted,
/s/Tova Weiss
Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
Weiss@lawyersbw.com

Date: 4/25/2022