# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Lauren Scholl** | Case No. | **22-10944** |
| Debtor(s) | Chapter | **13** |

### CERTIFICATE OF SERVICE

I hereby certify that on **April 25, 2022** a copy of Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**TMobile**
**4515 N. Santa Fe Avenue**
**Oklahoma City, OK 73118**


**Wells Fargo Bank**
**P.O. Box 10438, MAC F82302F**
**Des Moines IA 50306**

**PennyMac Loan Services, LLC**
**P.O. Box 2410**
**Moorpark, CA 93020**

**McCabe Weisberg**
**123 South Broad Street, Suite 1400**
**Philadelphia, PA 19109**

PECO Emergy
2301 Market Street, 04 NW
Philadelphia, PA 19104

Verizon
4515 N. Santa Fe Ave
Oklahoma CIty, OK 73118

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
Tax & Revenue Unit
Bankruptcy Group, MSB
1601 JFK Blvd. 5th Floor
Philadelphia, PA 19102

M&T Bank
P.O. Box 1508
Buffalo, NY 14240

 **/s/ Tova Weiss**
 **Tova Weiss**
 **Blitshtein & Weiss**
 **648 2nd Street Pike**
 **Southampton, PA 18966**
 **215-364-4900Fax:215-364-8050**

**weiss@lawyersbw.com**