# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Lauren Scholl**                                   Case No.  **22-10944**
Debtor(s)                                   Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 10, 2022** a copy of Order dated May 9, 2022 Extending Automatic Stay to Date of Hearing on May 24, 2022. was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**TMobile
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118**

**Wells Fargo Bank
P.O. Box 10438, MAC F82302F
Des Moines IA 50306**

**PennyMac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020**

**McCabe Weisberg
123 South Broad Street, Suite 1400
Philadelphia, PA 19109**

PECO Emergy
2301 Market Street, 04 NW
Philadelphia, PA 19104

Verizon
4515 N. Santa Fe Ave
Oklahoma CIty, OK 73118

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
Tax & Revenue Unit
Bankruptcy Group, MSB
1601 JFK Blvd. 5th Floor
Philadelphia, PA 19102

M&T Bank
P.O. Box 1508
Buffalo, NY 14240

Comcast
P.O. box 70219
Philadelphia, PA 19176

Nissan Motor Acceptance
990 W. 190th Street
Torrance, CA 90502

Philadelphia Gas Works
800 Montgomery Avenue
Philadelphia, PA 1922

Allied Interstate LLC
P.O. Box 19326
Minneapolis, MN 55419

Constar Financial Services
10400 N. 25th Street
Suite 100
Phoenix, AZ 85021

Convergent Outsourcing, inc.
800 SW 39th Streeet
Suite 100
P.O. Box 9004
Renton, WA 98057

**/s/ Tova Weiss**
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**