# United States Bankruptcy Court
## Eastern District of Pennsylvania

| In re | **Lauren Scholl** | Case No. | **22-10944** |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

## LIQUIDATION SUMMARY

| Description | Total Amount | Real Property | Personal Property |
|---|---|---|---|
| Total Property Value | 224,300.00 | 220,000.00 | 4,300.00 |
| Less: | | | |
| Schedule D. Secured Claims | 142,400.18 | 0.00 | 142,400.18 |
| Schedule C. Exemptions | 4,300.00 | 0.00 | 4,300.00 |
| **Interest in Nonexempt Property** | 220,000.00 | 220,000.00 | -142,400.18 |
| Less: | | | |
| Estimated Chapter 7 Admin Expenses | 14,250.00 | | |
| Schedule E. Priority Claims | 0.00 | | |
| **Available to General Unsecured** | 205,750.00 | | |
| Total General Unsecured | 24,545.05 | | |
| Percent Distribution | 100% | | |

| Details: | | | |
|---|---|---|---|
| Unsecured from Schedule D | 0.00 | 0.00 | 0.00 |
| Unsecured from Schedule E | 0.00 | | |
| Unsecured from Schedule F | 24,545.05 | | |
| Estimated Chapter 7 Administrative Expenses: | | | |
| 11§326 Trustee Compensation on $**220,000.00** | 14,250.00 | | |
| Add'l Trustee Cost as **0**% of §326 Fee | 0.00 | | |
| Additional Admin Expense | 0.00 | | |
| Total Estimated Admin Expense | 14,250.00 | | |