# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Lauren Scholl**  
Debtor(s)

Case No. **22-10944**  
Chapter **13**

## CERTIFICATE OF NO RESPONSE

I, Tova Weiss, counsel for debtor, Lauren Scholl, do hereby certify that no response or objection has been on the Motion to Extend the Automatic Stay Beyond Thirty (30) Days.

Respectfully submitted,  
/s/Tova Weiss  
Tova Weiss, Esquire  
648 2nd Street Pike  
Southampton, PA 18966  
215-364-4900  
Weiss@lawyersbw.com

Date: 5/31/2022