# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Lauren Scholl**                                                                 Case No. **22-10944**
Debtor(s)                                                                Chapter **13**

### ORDER

And Now, this **31st** day of **May** 2022, upon consideration and review of Debtor's it is hereby ORDERED and DECREED that the Motion to Extend the Automatic Stay Beyond Thirty (30) Days is Granted.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE