# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 22-10944-MDC

LAUREN SCHOLL

3513 CHIPPENDALE STREET

PHILADELPHIA, PA 19136

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

    LAUREN SCHOLL

    3513 CHIPPENDALE STREET

    PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

    TOVA WEISS, ESQ.
    BLITSHTEIN & WEISS P.C.
    648 2ND STREET PIKE
    SOUTHAMPTON, PA 18966-

                                 /S/ Kenneth E. West

Date: 7/13/2022                  _____

                                 Kenneth E. West, Esquire
                                 Chapter 13 Standing Trustee