| Statement of Earnings | Lauren A Scholl | | | | | | DAKA FINANCIAL SERVICES (0200BDVR) |
|---|---|---|---|---|---|---|---|
| Employee #: | 2 | Division: | | Period Begin: | 3/15/2022 | Check Date: 4/5/2022 | 4 TERRY DR Suite #6 |
| Clock Number: | | Department: | | Period End: | 4/1/2022 | | NEWTOWN, PA 18940 |
| SSN: | XXX-XX-5309 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | |
| Company Id: | 0200BDVR | State Filing: | | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V81518940 | $0.00 | $1,457.79 | $1,140.89 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 1,457.79 | 606.69 | 10,204.53 | SOC SEC EE | 90.38 | 632.68 | | | |
| | | | | | | MED EE | 21.14 | 147.97 | | | |
| | | | | | | FEDERAL WH | 101.62 | 715.88 | | | |
| | | | | | | PENNSYLVANIA WH | 44.75 | 313.25 | | | |
| | | | | | | PHILADELPHIA | 55.98 | 391.86 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.87 | 6.09 | | | |
| | | | | | | NEWTOWN LST | 2.16 | 15.12 | | | |
| Total: | | 86.67 | 1,457.79 | 606.69 | 10,204.53 | Total: | 316.90 | 2,222.85 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Checking | Account: | XXXXX0185 | Deposit Amount: 1,140.89 |

DAKA FINANCIAL SERVICES (0200BDVR)
4 TERRY DR Suite #6
NEWTOWN, PA 18940

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/5/2022 | V81518940 |

| TOTAL NET PAY |
|---|
| ******$1,140.89 |

Your entire Net pay of $1,140.89 has been deposited in your bank account(s).

2

**Lauren A Scholl**
3513 Chippendale St.
PHILADELPHIA, PA 19136

NOT NEGOTIABLE

| Statement of Earnings | Lauren A Scholl | | | | | | DAKA FINANCIAL SERVICES (0200BDVR) |
|---|---|---|---|---|---|---|---|
| Employee #: | 2 | Division: | | Period Begin: | | Check Date: 3/18/2022 | 4 TERRY DR Suite #6 |
| Clock Number: | | Department: | | Period End: | 3/15/2022 | | NEWTOWN, PA 18940 |
| SSN: | XXX-XX-5309 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | |
| Company Id: | 0200BDVR | State Filing: | | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V80936888 | $0.00 | $1,457.79 | $1,140.88 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 1,457.79 | 520.02 | 8,746.74 | SOC SEC EE | 90.39 | 542.30 | | | |
| | | | | | | MED EE | 21.14 | 126.83 | | | |
| | | | | | | FEDERAL WH | 101.62 | 614.26 | | | |
| | | | | | | PENNSYLVANIA WH | 44.75 | 268.50 | | | |
| | | | | | | PHILADELPHIA | 55.98 | 335.88 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.87 | 5.22 | | | |
| | | | | | | NEWTOWN LST | 2.16 | 12.96 | | | |
| Total: | | 86.67 | 1,457.79 | 520.02 | 8,746.74 | Total: | 316.91 | 1,905.95 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: XXXXX0185 | Deposit Amount: 1,140.88 |

DAKA FINANCIAL SERVICES (0200BDVR)
4 TERRY DR Suite #6
NEWTOWN, PA 18940

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/18/2022 | V80936888 |

| TOTAL NET PAY |
|---|
| ******$1,140.88 |

Your entire Net pay of $1,140.88 has been deposited in your bank account(s).

2

**Lauren A Scholl**

3513 Chippendale St.
PHILADELPHIA, PA 19136

NOT NEGOTIABLE

| Statement of Earnings For: | Lauren A Scholl | | | | | | | DAKA FINANCIAL SERVICES (0200BDVR) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 2 | Division: | | Period Begin: | 2/1/2022 | Check Date: | 2/18/2022 | 4 TERRY DR Suite #6 | | |
| Clock Number: | | Department: | | Period End: | 2/15/2022 | | | NEWTOWN, PA 18940 | | |
| SSN: | XXX-XX-5309 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | | | | |
| Company Id: | 0200BDVR | State Filing: | | Exemptions: | 0 | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V79777109 | $0.00 | $1,457.79 | $1,140.89 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 1,457.79 | 346.68 | 5,831.16 | SOC SEC EE | 90.38 | 361.53 | | | |
| | | | | | | MED EE | 21.14 | 84.55 | | | |
| | | | | | | FEDERAL WH | 101.62 | 411.02 | | | |
| | | | | | | PENNSYLVANIA WH | 44.75 | 179.00 | | | |
| | | | | | | PHILADELPHIA | 55.98 | 223.92 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.87 | 3.48 | | | |
| | | | | | | NEWTOWN LST | 2.16 | 8.64 | | | |
| Total: | | 86.67 | 1,457.79 | 346.68 | 5,831.16 | Total: | 316.90 | 1,272.14 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|
| | | Checking | Account: XXXXX0185 | Deposit Amount: | 1,140.89 |

DAKA FINANCIAL SERVICES (0200BDVR)
4 TERRY DR Suite #6
NEWTOWN, PA 18940

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/18/2022 | V79777109 |
| TOTAL NET PAY | |
| ******$1,140.89 | |

Your entire Net pay of $1,140.89 has been deposited in your bank account(s).

2

**Lauren A Scholl**
3513 Chippendale St.
PHILADELPHIA, PA 19136

NOT NEGOTIABLE

| Statement of Earnings | Lauren A Scholl | | | | | | DAKA FINANCIAL SERVICES (0200BDVR) | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 2 | Division: | | Period Begin: | | Check Date: 1/20/2022 | 4 TERRY DR Suite #6 NEWTOWN, PA 18940 | | |
| Clock Number: | | Department: | | Period End: | 1/15/2022 | | | | |
| SSN: | XXX-XX-5309 | Federal Filing: | Single or Marri | Exemptions: | N/A | Additional Tax: | | | |
| Company Id: | 0200BDVR | State Filing: | | Exemptions: | 0 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V78587199 | $0.00 | $1,457.79 | $1,138.61 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 1,457.79 | 173.34 | 2,915.58 | SOC SEC EE | 90.39 | 180.77 | | | |
| | | | | | | MED EE | 21.14 | 42.28 | | | |
| | | | | | | FEDERAL WH | 103.89 | 207.78 | | | |
| | | | | | | PENNSYLVANIA WH | 44.75 | 89.50 | | | |
| | | | | | | PHILADELPHIA | 55.98 | 111.96 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.87 | 1.74 | | | |
| | | | | | | NEWTOWN LST | 2.16 | 4.32 | | | |
| Total: | | 86.67 | 1,457.79 | 173.34 | 2,915.58 | Total: | 319.18 | 638.35 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Checking | Account: XXXXX0185 | Deposit Amount: | 1,138.61 |

DAKA FINANCIAL SERVICES (0200BDVR)
4 TERRY DR Suite #6
NEWTOWN, PA 18940

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/20/2022 | V78587199 |

Your entire Net pay of $1,138.61 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$1,138.61 |

2
**Lauren A Scholl**
3513 Chippendale St.
PHILADELPHIA, PA 19136

**NOT NEGOTIABLE**

| Statement of Earnings | | | | Lauren A Scholl | | | | | | DAKA FINANCIAL SERVICES (0200BDVR) 4 TERRY DR Suite #6 NEWTOWN, PA 18940 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 2 | Division: | | | Period Begin: | | Check Date: | 12/20/2015 | | | | |
| Clock Number: | | Department: | | | Period End: | 12/15/2021 | | | | | | |
| SSN: | XXX-XX-5309 | Federal Filing: | Single or Marri | | Exemptions: | N/A | Additional Tax: | | | | | |
| Company Id: | 0200BDVR | State Filing: | | | Exemptions: | 0 | Additional Tax: | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V77322944 | $0.00 | $1,457.79 | $1,138.63 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 86.67 | 1,457.79 | 2,080.08 | 34,986.96 | SOC SEC EE | 90.38 | 2,260.96 | | | |
| Regular | | 0.00 | 0.00 | 88.00 | 1,480.16 | MED EE | 21.13 | 528.77 | | | |
| | | | | | | FEDERAL WH | 103.89 | 2,744.45 | | | |
| | | | | | | PENNSYLVANIA WH | 44.75 | 1,119.45 | | | |
| | | | | | | PHILADELPHIA | 55.98 | 1,406.65 | | | |
| | | | | | | PENNSYLVANIA SUI EE | 0.87 | 21.77 | | | |
| | | | | | | NEWTOWN LST | 2.16 | 51.84 | | | |
| Total: | | 86.67 | 1,457.79 | 2,168.08 | 36,467.12 | Total: | 319.16 | 8,133.89 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: XXXXX0185 | Deposit Amount: 1,138.63 |

DAKA FINANCIAL SERVICES (0200BDVR)
4 TERRY DR Suite #6
NEWTOWN, PA 18940

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/20/2021 | V77322944 |

| TOTAL NET PAY |
|---|
| ******$1,138.63 |

Your entire Net pay of $1,138.63 has been deposited in your bank account(s).

2

**Lauren A Scholl**
3513 Chippendale St.
PHILADELPHIA, PA 19136

**NOT NEGOTIABLE**