# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lauren Scholl<br>     Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>     Movant<br>  vs.<br>Lauren Scholl<br>     Debtor(s)<br><br>Kenneth E. West<br>     Trustee | CHAPTER 13<br><br><br><br>NO. 22-10944 MDC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Stay of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about August 10, 2022, document number 40.

                Respectfully submitted,


                /s/ Denise Carlon, Esq.
                _____

                Denise Carlon, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: 10/17/2022