# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Lauren Scholl**                                        Case No. **22-10944**

Debtor(s)                                         Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 10, 2022** a copy of Order dated May 9, 2022 Extending Automatic Stay to Date of Hearing on May 24, 2022. was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Pennsylvania Dept. of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128
(Per POC)**

M&T Bank
P.O.Box 1508
Buffalo, NY 14240
(Per POC)

PECO Emergy
2301 Market Street, 04 NW
Philadelphia, PA 19101
(Per POC)

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
Tax & Revenue Unit
Bankruptcy Group, MSB
1400 JFK Blvd. 5th Floor
Philadelphia, PA 19102
(Per POC)

Philadelphia Gas Works
800 Montgomery Avenue
Philadelphia, PA 19122
(Per POC)

PennyMac Loan Services
P.O. Box 2410
Moorpark, CA 93020
(Per POC)

/s/ Tova Weiss
**Tova Weiss
Blitshtein & Weiss
648 2nd Street Pike
Southampton, PA 18966**

**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**