IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                    :
                                                          :    In Chapter 13
    LAUREN SCHOLL,                     :
                                                          :    Bankruptcy No. 22-10944 (MDC)
                      Debtor.   :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #57) which was filed on November 24, 2022.

                                                Respectfully submitted,

                                                THE CITY OF PHILADELPHIA

Dated: December 1, 2022            By:   /s/ *Joshua Domer*
                                                JOSHUA DOMER
                                                Assistant City Solicitor
                                                PA Attorney I.D. 319190
                                                Attorney for the City of Philadelphia, and/or
                                                Water Revenue Bureau
                                                City of Philadelphia Law Department
                                                Municipal Services Building
                                                1401 JFK Boulevard, 5th Floor
                                                Philadelphia, PA 19102-1595
                                                215-686-0519 (phone)
                                                Email: Joshua.Domer@phila.gov