# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lauren Scholl
                    Debtor(s)

PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns
                    Movant
    vs.

Lauren Scholl
                    Debtor(s)

Kenneth E. West
                    Trustee

CHAPTER 13

NO. 22-10944 MDC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **July 18, 2022, docket number 38**.

Respectfully submitted,

/s/ Brian C. Nicholas, Esq.
_____

Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Dated: January 24, 2023