# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Lauren Scholl**  
Debtor(s)

Case No. **22-10944**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023 a copy of the Amended Schedule J, Amended Disclosure of Attorney Compensation (216(b)) and Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Pennsylvania Dept. of Revenue**  
**Bankruptcy Division**  
**P.O. Box 280946**  
**Harrisburg, PA 17128**  
**(Per POC)**

M&T Bank  
P.O.Box 1508  
Buffalo, NY 14240  
(Per POC)

PECO Emergy  
2301 Market Street, 04 NW  
Philadelphia, PA 19101  
(Per POC)

Water Revenue Bureau  
c/o City of Philadelphia Law Dept.  
Bankruptcy Group, MSB  
1400 JFK Blvd. 5th Floor  
Philadelphia, PA 19102  
(Per POC)

Philadelphia Gas Works  
800 Montgomery Avenue  
Philadelphia, PA 19122  
(Per POC)

PennyMac Loan Services  
P.O. Box 2410  
Moorpark, CA 93020  
(Per POC)

**/s/ Tova Weiss**  
**Tova Weiss**  
**Blitshtein & Weiss**  
**648 2nd Street Pike**  
**Southampton, PA 18966**  
**215-364-4900Fax:215-364-8050**  
**weiss@lawyersbw.com**