United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                              Case No. 22-10944-mdc

Lauren Scholl                                                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                         User: admin                                                   Page 1 of 2
Date Rcvd: Feb 09, 2023                              Form ID: 155                                            Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren Scholl, 3513 Chippendale Street, Philadelphia, PA 19136-3505 |
| 14685008 | + | PENNYMAC LOAN SERVICES, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14697048 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14683300 | | Philadelphia Gas Works, P.O. Box 11700, Newark, NJ 07101-4700 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14683291 | ^ | MEBN | Feb 10 2023 00:01:39 | Allied Interstate LLC, P.O Box 19326, Minneapolis, MN 55419-0326 |
| 14686076 | | Email/Text: megan.harper@phila.gov | Feb 10 2023 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14683292 | | Email/Text: megan.harper@phila.gov | Feb 10 2023 00:04:00 | City of Philadelphia, Dept. of Revenue, Water Revenue Bureau, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 14738001 | | Email/Text: megan.harper@phila.gov | Feb 10 2023 00:04:00 | City of Philadelphia, c/o Joshua Domer, Esquire, City of Philadelphia Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14683293 | + | Email/Text: documentfiling@lciinc.com | Feb 10 2023 00:04:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 14683294 | + | Email/Text: constar.administration@constarfinancial.com | Feb 10 2023 00:04:00 | Constar Financial Services Inc., 10400 N. 25th Avenue, Suite 100, Phoenix, AZ 85021-1610 |
| 14683295 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 10 2023 00:04:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, Suite 100, P.O. Box 9004, Renton, WA 98057-9004 |
| 14683296 | | Email/Text: camanagement@mtb.com | Feb 10 2023 00:04:00 | M&T Bank, P.O. Box 64679, Baltimore, MD 21264 |
| 14688730 | + | Email/Text: camanagement@mtb.com | Feb 10 2023 00:04:00 | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 14683298 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 10 2023 00:04:00 | PECO, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 14690962 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 10 2023 00:04:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14684911 | ^ | MEBN | Feb 10 2023 00:01:40 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14683724 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2023 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14696423 | + | Email/PDF: ebnotices@pnmac.com | Feb 10 2023 00:16:25 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14696583 | + | Email/PDF: ebnotices@pnmac.com | Feb 10 2023 00:16:25 | PennyMac Loan Services, LLC., P.O. Box 660929, Dallas TX 75266-0929 |
| 14683299 | + | Email/PDF: ebnotices@pnmac.com | Feb 10 2023 00:16:25 | PennyMac Loan Servicing, P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14683297 | | Nissan Motor Acceptance Corp |
| 14683301 | | Public Storage |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| TOVA WEISS | on behalf of Debtor Lauren Scholl weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lauren Scholl
      Debtor(s)                                    Chapter: 13

                                                Bankruptcy No: 22−10944−mdc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 9,2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                           Magdeline D. Coleman
                                                                           Chief Judge ,
                                                                           United States Bankruptcy Court

                                                                                                     75 − 31
                                                                                                    Form 155