IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                  :
                                        :     Chapter 13
       Lauren Scholl              :
                                        :     Bankruptcy No. 22-10944 (mdc)
               Debtor.    :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 2-1 filed by the Water Revenue Bureau on April 25, 2022, in the amount of $3,997.23.

                                                    Respectfully submitted,

                                                    THE CITY OF PHILADELPHIA

Dated: February 9, 2023        **By:**   <u>/s/ Pamela Elchert Thurmond</u>
                                                       PAMELA ELCHERT THURMOND
                                                       Senior Attorney
                                                     PA Attorney I.D. 202054
                                                     City of Philadelphia Law Department
                                                   1401 JFK Blvd., 5th Floor
                                                   Philadelphia, PA  19102-1595
                                                   215-686-0508 (phone)
                                                   215-686-0588 (facsimile)
                                                   Email: Pamela.Thurmond@phila.gov