# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-10944-MDC

LAUREN SCHOLL

3513 CHIPPENDALE STREET

PHILADELPHIA, PA 19136

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LAUREN SCHOLL

3513 CHIPPENDALE STREET

PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

TOVA WEISS, ESQ.
BLITSHTEIN & WEISS P.C.
648 2ND STREET PIKE
SOUTHAMPTON, PA 18966-

Date: 4/4/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee