## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Lauren Scholl**  
Debtor(s)

Case No. **22-10944**  
Chapter **13**

### DEBTOR, LAUREN SCHOLL'S, OBJECTION TO PROOF OF CLAIM NUMBER 7 OF PHILADELPHIA GAS WORKS

Debtor, Lauren Scholl, by and through her attorney, Tova Weiss, does hereby file this Objection to the Proof of Claim Number 7 of the Philadelphia Gas Works as the claim is a duplicate and states as follows:

1. On or about June 9, 2022 the Philadelphia Gas Works (hereinafter "PGW") filed Proof of Claim number 6 for the amount of $765.25. (See attached Proof of Claim Number 6, Exhibit "A)

2. On or about July 16, 2022 PGW filed Proof of Claim number 7 for the amount of $765.25, a duplicative claim (to claim number 6).  (See attached Proof of Claim Number 7, Exhibit "B")

3. The Trustee has advise counsel, Tova Weiss, that the administration of payouts to creditors cannot be done without either claim number 6 or claim number 7 being deleted as it is incorrect and appears make the debtor owe double what she owes.

4. Debtor respectfully requests that this Honorable Court strike Proof of Claim Number 7.

WHEREFORE, Debtor respectfully requests that this Honorable Court strike Proof of Claim Number 7.

Respectfully submitted,

/s/Tova Weiss  
Tova Weiss, Esquire  
648 2nd Street Pike  
Southampton, PA 18966  
215-364-4900  
Weiss@lawyersbw.com

Date: 5/3/2023