# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Lauren Scholl**  _____   Case No.   **22-10944**  _____
Debtor(s)                               Chapter   **13**  _____

## CERTIFICATE OF SERVICE

I hereby certify that on  May 3, 2023 _a copy of the the Objection to Proof of Claim Number 7 filed by Philadelphia Gas Works_was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Philadelphia Gas Works
800 Montgomery Avenue
Philadelphia, PA 19122
(Per POC)

_____

**/s/ Tova Weiss**  _____
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900Fax:215-364-8050**
**weiss@lawyersbw.com**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy