# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Lauren Scholl**  　　　　　　　　　　　　　　　Case No.  **22-10944**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **13**

## ORDER

And Now, this _____ day of _____, 20___, upon consideration, review and/or Hearing on Debtor's Objection to Proof of Claim number 7 filed by Philadelphia Gas Works it is hereby ORDERED and DECREED that the Proof of Claim Number 7 filed by Philadelphia Gas Works, is hereby STRICKEN.

_____

J.