**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER   13 |
| LAUREN SCHOLL | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 22-10944 |
| | : | |

**PRAECIPE WITHDRAWING PROOF OF CLAIM NUMBER 7**
**FILED BY PHILADELPHIA GAS WORKS**

Kindly mark as withdrawn Philadelphia Gas Works Proof of Claim Number 7 in the amount of $765.25.  Philadelphia Gas Works Claim #7 was filed on July 16, 2022.

PHILADELPHIA GAS WORKS

/s/ Pearl Pham
Pearl Pham,
Senior Attorney
Philadelphia Gas Works
800 West Montgomery Avenue
Philadelphia, PA  19122
(215) 684-6227 (phone)
(215) 684-6798 (FAX)
pearl.pham@pgworks.com

May 5, 2023

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LAUREN SCHOLL | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 22-10944 |
| | : | |

**CERTIFICATION OF SERVICE**

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that I have served the Philadelphia Gas Works' Praecipe to Withdraw Proof of Claim #7 on the following date by the means designated below on the date set forth below, upon all parties including the following:

**VIA ECF**

TOVA WEISS
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
(215)364-4900

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
215-627-1377
Fax : 215-627-6299

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107
(215) 597-4411

Dated: May 5, 2023          /s/  Pearl Pham
                            Pearl Pham
                            Senior Attorney
                            Philadelphia Gas Works
                            800 West Montgomery Avenue
                            Philadelphia, PA  19122
                            (215) 684-6227
                            pearl.pham@pgworks.com