IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                                 :
                                                       :
     Lauren Scholl                                     :
                                                       :   Bankruptcy No. 22-10944 (MDC)
                                             Debtor.   :
-------------------------------------------------------x
```

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the appearance of JOSHUA DOMER, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau in the above-captioned matter.

                                                          THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:    */s/ JOSHUA DOMER*
                                                        JOSHUA DOMER
                                                        DEPUTY CITY SOLICITOR
                                                        PA Attorney I.D. 319190

## **ENTRY OF APPEARANCE**

Kindly enter the appearance of MEGAN N. HARPER, Esquire as counsel of record for creditor The City of Philadelphia and/or the Water Revenue Bureau in the above captioned matter.

                                  THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:     */s/ Megan N. Harper*
                                           MEGAN N. HARPER
                                           Senior Attorney
                                           PA Attorney I.D. 81669
                                           Attorney for the City of Philadelphia
                                           City of Philadelphia Law Department
                                           Municipal Services Building
                                           1401 JFK Boulevard, 5th Floor
                                           Philadelphia, PA  19102-1595
                                           215-686-0503 (phone)
                                           Email: Megan.Harper@phila.gov