# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Lauren Scholl**　　　　　　　　　　　　　　　　　　　Case No. **22-10944**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on  March 6, 2024  a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

PennyMac Loan Services
c/o KML Law Group, P.C.
710 Market Street, Suite 5000
Philadelphia , PA 19106
(Per POC)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tova Weiss
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Tova Weiss**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Blitshtein & Weiss**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**648 2nd Street Pike**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Southampton, PA 18966**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**215-364-4900Fax:215-364-8050**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**weiss@lawyersbw.com**