B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Lauren Scholl**

Debtor

Case No. **22-10944**

Address **3513 Chippendale Street, Philadelphia, PA 19136**

Chapter **13**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **xxx-xx-5309**

Employer's Tax Identification (EIN) No(s). (if any):

### NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

**Debtor, Lauren Scholl** has filed papers with the court Modify Chapter 13 Plan

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion then on or before **March 20 2024** you or your attorney must:

File with the court a written request for a hearing *or, if the court requires a written response, an answer, explaining your position* at:

U.S. Bankruptcy Court
900 Market Street, 4th Floor Clerk's Office
Philadelphia, PA 19107

If you mail your {request} {response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966

Attend the hearing to be scheduled to be held on **April 4, 2024**, at **11:00am** via telephonic hearing, call 877-336-1828, access code 7855846

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date **March 6, 2024**

Signature **/s/ Tova Weiss**
Name **Tova Weiss 74015 PA**
Address **Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**