# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Lauren Scholl**                                        Case No.  **22-10944**
                              Debtor(s)                         Chapter   **13**

## ORDER

And Now, this _____ day of _____, 20___, upon consideration, review and/or Hearing on Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation, it is hereby ORDERED and DECREED that the said Motion to Modify Chapter 13 Plan Post-Confirmation is hereby GRANTED.

_____

J.