# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Lauren Scholl**  
Debtor(s)

Case No. **22-10944**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024 a copy of the Motion to Modify Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

PA Department of Revenue  
Water Revenue Bureau City of Philadelphia  
M&T Bank  
PECO  
Philadelphia Gas Works  
PennyMac Loan Services  
c/o KML Law Group, P.C.

/s/ Tova Weiss  
**Tova Weiss**  
**Blitshtein & Weiss**  
**648 2nd Street Pike**  
**Southampton, PA 18966**  
**215-364-4900 Fax:215-364-8050**  
**weiss@lawyersbw.com**