## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Lauren Scholl**

Debtor(s)

Case No.   **22-10944**

Chapter   **13**

## ORDER

And Now, this   **16th** day of   **May** , 20**24** , upon consideration, review and/or Hearing on Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation,it is hereby ORDERED and DECREED that the said Motion to Modify Chapter 13 Plan Post-Confirmation is hereby GRANTED.

J.