United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10944-amc |
| Lauren Scholl | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lauren Scholl, 3513 Chippendale Street, Philadelphia, PA 19136-3505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor Water Revenue Bureau pamela.thurmond@phila.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

PEARL PHAM
    on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

TOVA WEISS
    on behalf of Debtor Lauren Scholl weiss@lawyersbw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Lauren Scholl**
Debtor(s)

Case No. **22-10944**
Chapter **13**

## ORDER

And Now, this **16th** day of **May**, 20**24**, upon consideration, review and/or Hearing on Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation, it is hereby ORDERED and DECREED that the said Motion to Modify Chapter 13 Plan Post-Confirmation is hereby GRANTED.

_____
J.