# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Lauren Scholl**  
Debtor(s)

Case No. **22-10944**  
Chapter **13**

## MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

Debtor, Lauren Scholl, by and through her attorney, Tova Weiss, does hereby file this Motion to Modify her Chapter 13 Plan Post-Confirmation and in support thereof states as follows:

1. On March 6, 2024, Debtor's counsel filed the Modified plan and now filed this instant Motion to Modify the Chapter 13 Plan. Debtor has paid approximately half of her plan and now owes $6,750.00 to complete the plan.

2. Plaintiff's plan payment will decrease by approximately $100 and will now be $250/month for the duration of the plan, which is 27 months.

3. It would greatly benefit the debtor to have her monthly payment be reduced by $100/month and the Amended Plan is attached as Exhibit "A".

WHEREFORE, Debtor respectfully requests that this Honorable Court Grant this Motion to Modify and allow Debtor to file the Modified Chapter 13 plan.

Respectfully submitted,

/s/Tova Weiss  
Tova Weiss, Esquire  
648 2nd Street Pike  
Southampton, PA 18966  
215-364-4900  
Weiss@lawyersbw.com

Date: 1/29/2025