# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | |
|---|---|
| In re **Lauren Scholl** | Case No. **22-10944** |
| Debtor(s) | Chapter **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

PA Department of Revenue
Water Revenue Bureau City of Philadelphia
M&T Bank
PECO
Philadelphia Gas Works
PennyMac Loan Services
c/o KML Law Group, P.C.

/s/ Tova Weiss
**Tova Weiss**
**Blitshtein & Weiss**
**648 2nd Street Pike**
**Southampton, PA 18966**
**215-364-4900 Fax:215-364-8050**
**weiss@lawyersbw.com**