*Form 167* (1/25)–doc 148 – 136, 139

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
    Lauren Scholl                     )            Case No. 22–10944–djb
                                      )
                                      )
    Debtor(s).                        )            Chapter: 13
                                      )
                                      )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan
Payments, filed by Trustee KENNETH E. WEST

and

Motion to Modify Plan, filed by Lauren Scholl
represented by TOVA WEISS (Counsel).


*** RE–SCHEDULED HEARINGS ***


Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with Meeting ID # 161 0657 4791.


******

on: 3/13/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: March 3, 2025                          For The Court

                                             Timothy B. McGrath
                                             Clerk of Court