United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10944-djb |
| Lauren Scholl | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 03, 2025 | Form ID: 167 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren Scholl, 3513 Chippendale Street, Philadelphia, PA 19136-3505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Mar 04 2025 01:42:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| cr | ^ | MEBN | Mar 04 2025 01:15:27 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |

TOTAL: 2

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 05, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

Case 22-10944-djb    Doc 149    Filed 03/05/25    Entered 03/06/25 00:40:43    Desc
Imaged Certificate of Notice    Page 2 of 3

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MEGAN N. HARPER
on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

PAMELA ELCHERT THURMOND
on behalf of Creditor Water Revenue Bureau pamela.thurmond@phila.gov

PEARL PHAM
on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

TOVA WEISS
on behalf of Debtor Lauren Scholl weiss@lawyersbw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 167* (1/25)–doc 148 – 136, 139

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: )<br>　Lauren Scholl　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　Debtor(s).　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | Case No. 22−10944−djb<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments, filed by Trustee KENNETH E. WEST

and

Motion to Modify Plan, filed by Lauren Scholl represented by TOVA WEISS (Counsel).

\*\*\* RE−SCHEDULED HEARINGS \*\*\*

Participants can attend this hearing
either in−person at the courthouse
OR by video conference on ZoomGov.com
with Meeting ID # 161 0657 4791.

\*\*\*\*\*\*

on: 3/13/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 3, 2025　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court