## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Lauren Scholl**　　　　　　　　　　　　　　　　　　　　　　Case No. **22-10944**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **13**

### ORDER

　And Now, this　　　　day of　　　　　　, 20___, upon consideration, review and/or Hearing on Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation, it is hereby ORDERED and DECREED that the said Motion to Modify Chapter 13 Plan Post-Confirmation is hereby GRANTED.

**Date: March 27, 2025**　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.